BROWN | POORE LLP
Scott A. Brown (SBN 177099)
David M. Poore (SBN 192541)
1350 Treat Boulevard, Suite 420
Walnut Creek, California 94523
Telephone: (925) 943-1166
Facsimile: (925) 955-8600
sbrown@bplegalgroup.com
dpoore@bplegalgroup.com

OLIVIER SCHREIBER & CHAO LLP
Christian Schreiber (Cal. Bar No. 245597)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 231-0037
christian@osclegal.com

*Attorneys for Plaintiff ERIN HAYES*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIN HAYES,<br><br>       Plaintiff,<br><br>  v.<br><br>COVIDIEN, L.P., and DOES 1-20<br><br>       Defendants. | Case No. 3:15-cv-02142 EDL<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**Fed. R. Civ. Prod. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Erin Hayes and Defendant Covidien, L.P. hereby stipulate and agree that the above-captioned action (Case No. 3:15-cv-02142 EDL) shall be dismissed with prejudice, as a result of a settlement reached between the parties. Each party will bear its own costs and fees.

**SO STIPULATED AND AGREED TO BY:**

Dated: October 22, 2018                     BROWN | POORE LLP

                                            OLIVIER SCHREIBER & CHAO LLP

                                    By:     /s/ Scott A. Brown
                                            Scott A. Brown
                                            *Attorneys for Plaintiff Erin Hayes*


Dated: October 22, 2018                     ROPES & GRAY LLP

                                    By:     /s/ Matthew A. Tolve
                                            Matthew A. Tolve

                                            MATTHEW A. TOLVE (CSB # 267334)
                                            matthew.tolve@ropesgray.com
                                            ROPES & GRAY LLP
                                            Three Embarcadero Center
                                            San Francisco, CA 94111-4006
                                            Tel: (415) 315-6300
                                            Fax: (415) 315-6350

                                            Attorneys for Defendant,
                                            COVIDIEN, L.P.